# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH POWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALMART INC.; WAL-MART ASSOCIATES, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No:  1:24-cv-00502-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

On July 30, 2024, the parties filed a joint stipulation dismissing the action. (Doc. 7). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 31, 2024**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE